# EXHIBIT B

Welcome   Employers   Producers   Providers

BlueCross BlueShield of Illinois (https://www.bcbsil.com)

Company Information (/company-info)

Language Assistance (/member/quick-links/language-assistance)

Español (https://espanol.bcbsil.com)

BlueCross BlueShield of Illinois (https://www.bcbsil.com)

Search

Make a Payment

- Home (/home)
- Find Care
- Shop Plans
- Prescription Drugs
- Insurance Basics
- Member Services
- Employers (https://www.bcbsil.com/employer)
- Producers (https://www.bcbsil.com/producer)
- Providers (https://www.bcbsil.com/provider)
- Company Information (/company-info)

Feedback

# Contact Us

**Have you visited our Frequently Asked Questions page (https://www.bcbsil.com/member/member-resources/faq)?** There, you'll find information that can help you log in to and use your Blue Cross and Blue Shield of Illinois (BCBSIL) member account, understand your health insurance plan and answer some of our members' most common questions.

## Individual & Family

Review the Individual and Family Contact Guide (https://www.bcbsil.com/content/dam/bcbs/retail/pdf/il/contact-guide.pdf).

## Medicare (65+)

**I have questions about enrolling in Medicare:**

**1-877-213-1821** (tel:1-877-213-1821) (TTY **711**)

**I have questions about enrolling in a new plan:**

**1-866-514-8044 (tel:1-866-514-8044)**

Monday – Friday: 8:00 a.m. – 8:00 p.m. CT
Saturday: 8:00 a.m. – 6:00 p.m. CT
Sunday: 10:00 a.m. – 2:00 p.m. CT

**I'm a member with a question for customer service:**

**1-800-538-8833 (tel:1-800-538-8833)**

Monday – Friday: 7:00 a.m. – 8:00 p.m. CT
Saturday: 8:00 a.m. – 5:00 p.m. CT
Sunday: Closed

**I want to make a payment:**

Mail your payment to the address on your invoice or learn about other convenient ways to pay your bill. (https://www.bcbsil.com/retail/pay-my-bill)

_____

**I'm a Medicare Advantage member:**

**1-877-774-8592** (tel:1-877-774-8592) (TTY **711**)

**I'm a Medicare Part D member:**

**1-888-285-2249** (tel:1-888-285-2249) (TTY **711**)

**I'm a Medicare Supplement member:**

**1-800-624-1723** (tel:1-800-624-1723) (TTY **711**)

**I'm a Medicare-Medicaid member:**

**1-877-723-7702** (tel:1-877-723-7702) (TTY **711**)
Monday - Friday: 8:00 a.m. – 8:00 p.m

_____

# Medicaid

**I'm a member with a question for customer service:**

**1-877-860-2837 (tel:1-877-860-2837) (TTY/TDD: 711)**

Speak with a live agent Monday - Friday: 8 a.m. to 5 p.m.
Self-service or a voicemail available 24/7.

**I want to contact you by mail:**

# Employer-Offered Plans

**I have an HMO Illinois®/Blue Advantage HMO℠ plan:**

Call Customer Service at the number listed on your member ID card.

**I have a HMO Blue USA plan and want to find care while I'm away from home:**

**1-800-810-BLUE (2583) (tel:1-800-810-2583)**

**I have a PPO plan**:

Blue Cross Community Health Plans
c/o Member Services
P. O. Box 3418
Scranton, PA 18505

**I want to get help from the 24/7 Nurseline:**

**1-888-343-2697 (tel:1-888-343-2697)**
**(TTY/TDD: 711)**
If you're having an emergency, please call 911.

_____

Call Customer Service at the number listed on your member ID card.

**I have a PPO plan and want to find care while I'm away from home:**

**1-800-810-BLUE (2583) (tel:1-800-810-2583)**

_____

# Additional Contact Information

### BCBSIL Headquarters
()

—

**Blue Cross and Blue Shield of Illinois**

300 East Randolph Street
Chicago, Illinois 60601-5099

### Pharmacy Program
()

+

### Membership and Claims Mailing Addresses
()

+

### Human Resources Inquiries
()

+

### Supplier Registration
()

+

### Producer Support
()

+

**Provider Support**
()                                                                    +

**Employer Support**
()                                                                    +

Last Updated: Nov. 06, 2023

### Insurance Basics

Health Care Costs (/insurance-basics/understanding-health-insurance/understanding-costs)

Types of Health Insurance Coverage (https://www.bcbsil.com/insurance-basics/understanding-health-insurance/types-of-coverage)

Get Free In-Person Help (https://www.cvent.com/c/calendar/3cb9ca65-5e08-4dae-96f3-99315a3fe82f)

Glossary (/insurance-basics/understanding-health-insurance/glossary)

FAQs (/member/member-resources/faq)

### Buying a Health Plan

How to Enroll for Health Insurance (/insurance-basics/understanding-health-insurance/how-to-enroll)

Get a Quote/Browse and Buy Plans (https://www.bcbsil.com/shop-plans/about-our-plans/overview)

Premium Tax Credit Estimator (/insurance-basics/understanding-health-insurance/premium-tax-credit-estimator)

Individual & Family Plans (https://www.bcbsil.com/individual-family-health-insurance)

Medicare Plans (https://www.bcbsil.com/medicare)

### Member Resources

Log in to Blue Access for Members (https://mybam.bcbsil.com/)

Register for Blue Access for Members (https://mybam.bcbsil.com/)

Pay My Bill (https://www.bcbsil.com/individual-family-health-insurance/pay-my-bill)

Federal Employee Program (FEP) (https://www.bcbsil.com/fep)

(http://www.facebook.com/bluecrossblueshieldofillinois)    (http://twitter.com/bcbsil)

(http://www.youtube.com/bcbsil)    (https://connect.bcbsil.com/)

(https://www.linkedin.com/showcase/bcbsil/?viewAsMember=true)

Legal and Privacy (/legal-and-privacy)

Non-Discrimination Notice (/legal-and-privacy/non-discrimination-notice)

Accessibility (/accessibility)   Careers (/company-info/careers)

Contact Us (/member/quick-links/contact-us)   Newsroom (https://www.bcbsil.com/newsroom)

Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

© Copyright 2023 Health Care Service Corporation. All Rights Reserved.

File is in portable document format (PDF). To view this file, you may need to install a PDF reader program. Most PDF readers are a free download. One option is Adobe® Reader® which has a built-in reader. You can download other tools and learn more about accessibility at adobe.com (https://www.adobe.com/accessibility.html).

You are leaving this website/app ("site"). The new site may be offered by a vendor or an independent third party. The site may also contain non-Medicare related information. Some sites may require you to agree to their terms of use and privacy policy.