# EXHIBIT C

**SAVISTA GLOBAL HEALTHCARE SERVICES, LLC**
(Formerly Nthrive Global Healthcare Services, LLC)
200 North Point Center East,
Suite 600, Alpharetta, GA 30022.

| | | | |
|---|---|---|---|
| **Invoice No.** | : 7/2023 | **Cell** | : +91 9940411648 |
| **Invoice Date** | : 1-Feb-23 | **Email** | : accountsreceivable.hc@savistarcm.com |

**TO :**
GS Labs,LLC
17650 Wright St, Suite 5
Omaha NE 68130

| S.No | Particulars | Amount in USD |
|---|---|---|
| 1 | **Provisional Invoice of AR Services for the month of January 2023** | 120,000.00 |
| | **TOTAL** | **120,000.00** |

**InWords : Dollar One Hundred Twenty Thousand Only**

For SAVISTA GLOBAL HEALTHCARE SERVICES, LLC

**Authorized Signatory**

**For Domestic wire/ Ach Payment**

Bank Name & Address : Bridge Bank, a division of Western Alliance Bank
55, Almaden Blvd,
San Jose, CA 95113, US

For credit of : SAVISTA GLOBAL HEALTHCARE SERVICES, LLC
Routing & Transit # : 121143260
Credit Acct # : 0102059318

**Lockbox Remittance Address (US Postal Service), in case of check payment**
SAVISTA GLOBAL HEALTHCARE SERVICES, LLC
PO BOX 8056
Carol Stream, IL 60197-8056

**Address for Courier Deposits (Fed EX, UPS & etc), in case of check payment**
SAVISTA GLOBAL HEALTHCARE SERVICES, LLC
c/o WAB Lockbox Operations Box #8056
8430 W Bryn Mawr Ave Ste 260
Chicago, IL 60631

This is a computer generated invoice no signature is required.