# EXHIBIT D



Office of the Secretary of State

# Business Entity Search

## Entity Information

| **Entity Name** | SAVISTA, LLC | | |
|---|---|---|---|
| **Principal Address** | 200 NORTH POINT CENTER EAST, SUITE 200 ALPHARETTA,GA 30022 | | |
| **File Number** | 08239495 | **Status** | ACTIVE on 05-01-2023 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **Org. Date/Admission Date** | 06-01-2020 | **Jurisdiction** | DE |
| **Duration** | PERPETUAL | | |
| **Annual Report Filing Date** | 05-01-2023 | **Annual Report Year** | 2023 |
| **Agent Information** | LEGALINC CORPORATE SERVICES INC. 500 N. MICHIGAN AVE. SUITE 536 CHICAGO, IL 60611 | **Agent Change Date** | 04-05-2023 |

Services and More Information

Choose a tab below to view services available to this business and more information about this business.

---

Purchase Master Entity Certificate of Good Standing

---

Adopting Assumed Name

---

Change of Registered Agent and/or Registered Office

---