# EXHIBIT E



# Business Entity Search

Entity Information

| | | | |
|---|---|---|---|
| **Entity Name** | GS LABS LLC | | |
| **Principal Address** | 222 S 15TH ST STE 140S OMAHA,NE 68102 | | |
| **File Number** | 09495312 | **Status** | ACTIVE on 12-07-2022 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **Org. Date/Admission Date** | 01-21-2021 | **Jurisdiction** | NE |
| **Duration** | PERPETUAL | | |
| **Annual Report Filing Date** | 00-00-0000 | **Annual Report Year** | 2024 |
| **Agent Information** | CAPITOL CORPORATE SERVICES INC 1315 W. LAWRENCE AVE. SPRINGFIELD, IL 62704 | **Agent Change Date** | 01-21-2021 |

Services and More Information

Choose a tab below to view services available to this business and more information about this business.

Purchase Master Entity Certificate of Good Standing

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office