# EXHIBIT F

# Table of contents

## Outcomes

Federal

- Charts ................................................................................................................... 2
- Tables ................................................................................................................... 9

## Motions

Federal

- Charts ................................................................................................................. 16
- Tables ................................................................................................................. 19

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Outcomes

**Filters:**    **Case type:**    Contracts > Negotiable Instrument (NOS 190);   Contracts > Other Contract (NOS 190)



### Case type - Outcome

**Legend:** Uncontested Dismissal · Settled · Dispositive Motion · Verdict · Docketed Elsewhere · Other

### Case type - Time to outcome

Other Contract (NOS… — 201 days med.
Negotiable Instrumen… — 231 days med.

### Outcomes - Time to outcome

Uncontested Dismissa… — 180 days med.
Settled — 301 days med.
Dispositive Motion — 228 days med.
Verdict — 1,051 days med.
Docketed Elsewhere — 80 days med.
Other — 133 days med.

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Participants - Parties



## Participants - Attorneys



## Participants - Firms



Locke Lord LLP
Hinshaw & Culbertson LLP
Seyfarth Shaw LLP
Jenner & Block LLP
Reed Smith LLP
Vedder Price
DLA Piper LLP (US)
ArentFox Schiff LLP
Katten Muchin Rosenman L...
Freeborn & Peters LLP
Winston & Strawn LLP
Neal, Gerber & Eisenberg...
Mayer Brown LLP
McGuireWoods LLP
Thompson Coburn LLP
Sidley Austin LLP
Dentons US LLP
Saul Ewing LLP
Foley & Lardner LLP
Barnes & Thornburg LLP

Number of outcomes

■ Uncontested Dismissal  ■ Settled  ■ Dispositive Motion  ■ Verdict  ■ Docketed Elsewhere  ■ Other

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

### Judge - Outcome



Litigation Analytics Report for United States District Court, N.D. Illinois

## Judge - Time to outcome



| Judge | Median |
|---|---|
| Hon. Milton I. Shadu... | 106 days med. |
| Hon. Matthew F. Kenn... | 182 days med. |
| Hon. Rebecca R. Pall... | 213 days med. |
| Hon. Charles R. Norg... | 230 days med. |
| Hon. Elaine E. Buckl... | 218 days med. |
| Hon. Joan Humphrey L... | 220 days med. |
| Hon. Robert W. Gettl... | 202 days med. |
| Hon. Charles P. Koco... | 216 days med. |
| Hon. James B. Zagel | 231 days med. |
| Hon. Ronald A. Guzmá... | 161 days med. |
| Hon. Joan B. Gottsch... | 245 days med. |
| Hon. Harry D. Leinen... | 251 days med. |
| Hon. Ruben Castillo | 104 days med. |
| Hon. James F. Holder... | 241 days med. |
| Hon. John W. Darrah | 219 days med. |
| Hon. Virginia M. Ken... | 226 days med. |
| Hon. Amy J. St. Eve | 160 days med. |
| Hon. Suzanne B. Conl... | 157 days med. |
| Hon. John F. Grady | 276 days med. |
| Hon. Sidney I. Schen... | 361 days med. |

Days elapsed from filing to outcome

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Year



**Legend:** Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

# Outcomes

| Filters: | **Case type:** Contracts > Negotiable Instrument (NOS 190);   Contracts > Other Contract (NOS 190) |
|---|---|

## Case type - Outcome

| Case type | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|---|---|---|---|---|---|---|---|
| Other Contract (NOS 190) | 5,335 | 4,451 | 2,308 | 241 | 1,004 | 1,327 | 14,666 |
| Negotiable Instrument (NOS 190) | 274 | 195 | 174 | 14 | 28 | 87 | 772 |

## Case type - Time to outcome

| Case type | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Other Contract (NOS 190) | 201 | 8% | 18% | 20% | 54% |
| Negotiable Instrument (NOS 190) | 231 | 7% | 16% | 18% | 59% |

## Outcomes - Outcome

| Outcomes | Total | Percentage |
|---|---|---|
| Uncontested Dismissal | 5,547 | 36% |
| Settled | 4,606 | 30% |
| Dispositive Motion | 2,441 | 16% |
| Other | 1,388 | 9% |
| Docketed Elsewhere | 1,026 | 7% |
| Verdict | 245 | 2% |

## Outcomes - Time to outcome

| Outcomes | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Uncontested Dismissal | 180 | 10% | 20% | 21% | 50% |
| Settled | 301 | 2% | 11% | 17% | 70% |
| Dispositive Motion | 228 | <1% | 17% | 24% | 58% |
| Verdict | 1051 | 0% | 0% | <1% | 100% |
| Docketed Elsewhere | 80 | 25% | 29% | 24% | 22% |
| Other | 133 | 18% | 24% | 15% | 43% |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, N.D. Illinois

## Participants - Parties

| Participants | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA N A | 58 | 36 | 13 | 1 | 3 | 8 | 119 |
| PNC BANK | 32 | 15 | 28 | 0 | 0 | 6 | 81 |
| FEDERAL DEPOSIT INSURANCE CORP | 17 | 18 | 20 | 1 | 3 | 4 | 63 |
| US BANK | 21 | 15 | 19 | 0 | 2 | 2 | 59 |
| FIFTH THIRD BANK | 20 | 14 | 16 | 1 | 0 | 5 | 56 |
| GENERAL ELECTRIC CAPITAL | 20 | 15 | 14 | 1 | 1 | 5 | 56 |
| MAC FUNDING | 10 | 22 | 20 | 0 | 0 | 4 | 56 |
| WELLS FARGO BANK N A | 23 | 22 | 7 | 0 | 0 | 4 | 56 |
| IFC CREDIT CORP | 24 | 11 | 10 | 1 | 5 | 3 | 54 |
| United States of America | 12 | 16 | 23 | 0 | 0 | 2 | 53 |
| BANK OF AMERICA | 17 | 12 | 9 | 0 | 5 | 2 | 45 |
| WALGREEN CO | 13 | 19 | 4 | 1 | 4 | 2 | 43 |
| JPMORGAN CHASE BANK N A | 18 | 14 | 5 | 0 | 0 | 2 | 39 |
| COMERICA BANK | 7 | 9 | 11 | 0 | 1 | 5 | 33 |
| FIRSTMERIT BANK N A | 7 | 12 | 9 | 0 | 0 | 5 | 33 |
| MEDLINE INDUSTRIES INC | 13 | 6 | 6 | 0 | 4 | 3 | 32 |
| SEARS ROEBUCK | 11 | 12 | 6 | 2 | 0 | 1 | 32 |
| TCF INVENTORY FINANCE | 4 | 12 | 15 | 0 | 0 | 1 | 32 |
| AT&T | 11 | 10 | 4 | 1 | 1 | 4 | 31 |
| UNITED STATES OF AMERICA | 14 | 10 | 5 | 0 | 0 | 2 | 31 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, N.D. Illinois

## Participants - Attorneys

| Participants | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|---|---|---|---|---|---|---|---|
| Vincent T. Borst | 47 | 35 | 31 | 3 | 8 | 14 | 138 |
| D. Alexander Darcy | 36 | 38 | 46 | 0 | 1 | 8 | 129 |
| David J. Fish | 22 | 29 | 12 | 0 | 3 | 6 | 72 |
| Reinhold F. Krammer | 13 | 31 | 19 | 0 | 0 | 6 | 69 |
| Debra Devassy Babu | 20 | 22 | 21 | 1 | 0 | 3 | 67 |
| Joseph R. Marconi | 12 | 28 | 6 | 3 | 7 | 5 | 61 |
| Todd Rowden | 19 | 18 | 8 | 0 | 5 | 4 | 54 |
| Patricia E. Rademacher | 14 | 20 | 10 | 1 | 0 | 6 | 51 |
| Gary D. Santella | 12 | 19 | 10 | 0 | 0 | 8 | 49 |
| John E. Sebastian | 14 | 16 | 10 | 0 | 1 | 7 | 48 |
| Thomas V Askounis | 13 | 11 | 20 | 0 | 0 | 4 | 48 |
| Bill Bay | 9 | 15 | 19 | 0 | 0 | 3 | 46 |
| Dean J. Groulx | 20 | 7 | 13 | 0 | 0 | 6 | 46 |
| George N. Vurdelja Jr. | 10 | 22 | 5 | 2 | 6 | 0 | 45 |
| Kurt M. Carlson | 11 | 16 | 13 | 0 | 1 | 4 | 45 |
| Charles Randall Woolley II | 15 | 6 | 20 | 0 | 0 | 3 | 44 |
| Daniel Lynch | 18 | 16 | 5 | 1 | 2 | 1 | 43 |
| Peter S. Lubin | 14 | 15 | 8 | 0 | 3 | 3 | 43 |
| Gary E. Green | 19 | 12 | 7 | 0 | 0 | 4 | 42 |
| Robert L. Reeb | 15 | 15 | 5 | 3 | 1 | 3 | 42 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, N.D. Illinois

## Participants - Firms

| Participants | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|---|---|---|---|---|---|---|---|
| Locke Lord LLP | 170 | 150 | 70 | 12 | 31 | 34 | 467 |
| Hinshaw & Culbertson LLP | 114 | 150 | 57 | 9 | 26 | 22 | 378 |
| Seyfarth Shaw LLP | 89 | 125 | 36 | 10 | 23 | 15 | 298 |
| Jenner & Block LLP | 122 | 99 | 30 | 5 | 21 | 17 | 294 |
| Reed Smith LLP | 106 | 102 | 48 | 6 | 14 | 16 | 292 |
| Vedder Price | 102 | 91 | 26 | 10 | 23 | 12 | 264 |
| DLA Piper LLP (US) | 88 | 75 | 42 | 3 | 18 | 27 | 253 |
| ArentFox Schiff LLP | 89 | 82 | 30 | 8 | 18 | 23 | 250 |
| Katten Muchin Rosenman LLP | 75 | 82 | 27 | 6 | 29 | 23 | 242 |
| Freeborn & Peters LLP | 89 | 69 | 37 | 3 | 16 | 18 | 232 |
| Winston & Strawn LLP | 96 | 75 | 27 | 5 | 13 | 16 | 232 |
| Neal, Gerber & Eisenberg LLP | 73 | 76 | 36 | 8 | 20 | 16 | 229 |
| Mayer Brown LLP | 84 | 72 | 31 | 6 | 19 | 13 | 225 |
| McGuireWoods LLP | 70 | 82 | 32 | 5 | 10 | 20 | 219 |
| Thompson Coburn LLP | 69 | 72 | 41 | 3 | 10 | 12 | 207 |
| Sidley Austin LLP | 81 | 70 | 21 | 4 | 17 | 12 | 205 |
| Dentons US LLP | 74 | 64 | 32 | 4 | 16 | 14 | 204 |
| Saul Ewing LLP | 73 | 74 | 21 | 2 | 13 | 14 | 197 |
| Foley & Lardner LLP | 67 | 74 | 21 | 6 | 10 | 16 | 194 |
| Barnes & Thornburg LLP | 58 | 76 | 30 | 4 | 16 | 7 | 191 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, N.D. Illinois

## Judge - Outcome

| Judge | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|---|---|---|---|---|---|---|---|
| Hon. Milton I. Shadur | 293 | 73 | 74 | 6 | 81 | 62 | 589 |
| Hon. Matthew F. Kennelly | 230 | 171 | 68 | 11 | 37 | 53 | 570 |
| Hon. Rebecca R. Pallmeyer | 229 | 154 | 67 | 13 | 33 | 44 | 540 |
| Hon. Charles R. Norgle Sr. | 233 | 103 | 93 | 7 | 39 | 48 | 523 |
| Hon. Elaine E. Bucklo | 160 | 129 | 88 | 8 | 30 | 38 | 453 |
| Hon. Joan Humphrey Lefkow | 175 | 112 | 89 | 6 | 25 | 46 | 453 |
| Hon. Robert W. Gettleman | 166 | 106 | 95 | 7 | 25 | 49 | 448 |
| Hon. Charles P. Kocoras | 124 | 166 | 88 | 6 | 26 | 29 | 439 |
| Hon. James B. Zagel | 192 | 91 | 88 | 5 | 19 | 35 | 430 |
| Hon. Ronald A. Guzmán | 160 | 128 | 62 | 5 | 29 | 45 | 429 |
| Hon. Joan B. Gottschall | 153 | 127 | 68 | 4 | 29 | 46 | 427 |
| Hon. Harry D. Leinenweber | 187 | 92 | 84 | 11 | 18 | 29 | 421 |
| Hon. Ruben Castillo | 96 | 151 | 41 | 5 | 54 | 56 | 403 |
| Hon. James F. Holderman | 116 | 100 | 58 | 3 | 38 | 33 | 348 |
| Hon. John W. Darrah | 133 | 67 | 72 | 3 | 29 | 42 | 346 |
| Hon. Virginia M. Kendall | 139 | 94 | 75 | 3 | 11 | 21 | 343 |
| Hon. Amy J. St. Eve | 99 | 77 | 70 | 7 | 35 | 43 | 331 |
| Hon. Suzanne B. Conlon | 102 | 89 | 63 | 14 | 23 | 35 | 326 |
| Hon. John F. Grady | 119 | 87 | 46 | 9 | 13 | 26 | 300 |
| Hon. Sidney I. Schenkier | 51 | 202 | 21 | 4 | 2 | 19 | 299 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Judge - Time to outcome

| Judge | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Hon. Milton I. Shadur | 106 | 24% | 21% | 18% | 37% |
| Hon. Matthew F. Kennelly | 182 | 8% | 23% | 19% | 50% |
| Hon. Rebecca R. Pallmeyer | 213 | 9% | 17% | 19% | 55% |
| Hon. Charles R. Norgle Sr. | 230 | 9% | 13% | 20% | 58% |
| Hon. Elaine E. Bucklo | 218 | 4% | 19% | 22% | 55% |
| Hon. Joan Humphrey Lefkow | 220 | 7% | 18% | 18% | 57% |
| Hon. Robert W. Gettleman | 202 | 5% | 15% | 25% | 54% |
| Hon. Charles P. Kocoras | 216 | 6% | 15% | 21% | 57% |
| Hon. James B. Zagel | 231 | 6% | 19% | 18% | 57% |
| Hon. Ronald A. Guzmán | 161 | 7% | 24% | 24% | 45% |
| Hon. Joan B. Gottschall | 245 | 8% | 18% | 13% | 61% |
| Hon. Harry D. Leinenweber | 251 | 6% | 10% | 20% | 63% |
| Hon. Ruben Castillo | 104 | 19% | 27% | 18% | 36% |
| Hon. James F. Holderman | 241 | 6% | 21% | 15% | 58% |
| Hon. John W. Darrah | 219 | 7% | 16% | 22% | 55% |
| Hon. Virginia M. Kendall | 226 | 3% | 18% | 20% | 59% |
| Hon. Amy J. St. Eve | 160 | 14% | 22% | 18% | 46% |
| Hon. Suzanne B. Conlon | 157 | 10% | 24% | 21% | 45% |
| Hon. John F. Grady | 276 | 4% | 16% | 18% | 62% |
| Hon. Sidney I. Schenkier | 361 | <1% | 5% | 15% | 80% |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, N.D. Illinois

## Year

| Year | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|------|----------------------|---------|--------------------|---------|--------------------|-------|-------|
| 2023 | 149 | 95 | 72 | 1 | 23 | 25 | 365 |
| 2022 | 174 | 128 | 65 | 1 | 29 | 29 | 426 |
| 2021 | 186 | 136 | 56 | 0 | 27 | 24 | 429 |
| 2020 | 188 | 125 | 78 | 2 | 21 | 24 | 438 |
| 2019 | 192 | 150 | 90 | 2 | 24 | 34 | 492 |
| 2018 | 227 | 144 | 97 | 7 | 21 | 33 | 529 |
| 2017 | 178 | 153 | 91 | 6 | 22 | 26 | 476 |
| 2016 | 213 | 144 | 76 | 5 | 29 | 33 | 500 |
| 2015 | 201 | 173 | 98 | 5 | 38 | 42 | 557 |
| 2014 | 219 | 157 | 92 | 0 | 23 | 37 | 528 |
| 2013 | 220 | 165 | 93 | 11 | 30 | 40 | 559 |
| 2012 | 213 | 223 | 95 | 3 | 39 | 46 | 619 |
| 2011 | 254 | 191 | 118 | 8 | 46 | 46 | 663 |
| 2010 | 302 | 206 | 123 | 10 | 46 | 54 | 741 |
| 2009 | 277 | 197 | 116 | 11 | 25 | 46 | 672 |
| 2008 | 257 | 183 | 101 | 5 | 34 | 35 | 615 |
| 2007 | 190 | 207 | 82 | 10 | 38 | 40 | 567 |
| 2006 | 187 | 219 | 60 | 5 | 46 | 40 | 557 |
| 2005 | 172 | 184 | 59 | 6 | 38 | 33 | 492 |
| 2004 | 154 | 122 | 67 | 7 | 34 | 41 | 425 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, N.D. Illinois

# Motions

Filters:    **Case type:**    Contracts > Negotiable Instrument (NOS 190);    Contracts > Other Contract (NOS 190)



Litigation Analytics Report for United States District Court, N.D. Illinois



© 2023 Thomson Reuters. No claim to original U.S. Government Works.



© 2023 Thomson Reuters. No claim to original U.S. Government Works.

# Motions

Filters:    **Case type:** Contracts > Negotiable Instrument (NOS 190);   Contracts > Other Contract (NOS 190)

## Motion type - Outcome

| Motion type | Granted | Granted in Part | Denied | Denied as Moot | Struck | Vacated | Withdrawn | Total |
|---|---|---|---|---|---|---|---|---|
| Motion to Dismiss | 2,508 | 1,029 | 2,254 | 1,060 | 464 | 4 | 4 | 7,323 |
| Motion to Compel Discovery | 1,591 | 977 | 825 | 415 | 145 | 1 | 2 | 3,956 |
| Motion for Summary Judgment | 1,351 | 598 | 1,197 | 197 | 227 | 0 | 1 | 3,571 |
| Motion to Strike | 470 | 205 | 656 | 285 | 77 | 1 | 0 | 1,694 |
| Motion in Limine | 385 | 327 | 684 | 213 | 50 | 2 | 0 | 1,661 |
| Motion for Default Judgment | 1,000 | 42 | 193 | 88 | 43 | 0 | 2 | 1,368 |
| Motion for Protective Order | 450 | 178 | 256 | 104 | 31 | 0 | 1 | 1,020 |
| Motion for Reconsideration | 210 | 87 | 631 | 39 | 21 | 2 | 0 | 990 |
| Motion to Stay | 416 | 81 | 310 | 93 | 31 | 0 | 1 | 932 |
| Motion to Transfer Venue | 253 | 25 | 172 | 33 | 22 | 2 | 0 | 507 |
| Motion for Temporary Restraining Order | 225 | 40 | 158 | 52 | 16 | 0 | 0 | 491 |
| Motion to Quash | 133 | 61 | 167 | 57 | 12 | 0 | 0 | 430 |
| Motion for Injunction | 121 | 35 | 150 | 84 | 23 | 1 | 0 | 414 |
| Motion to Remand | 203 | 11 | 135 | 28 | 17 | 0 | 0 | 394 |
| Motion for Sanctions | 84 | 43 | 189 | 27 | 19 | 0 | 1 | 363 |
| Motion for Judgment on the Pleadings | 83 | 35 | 104 | 24 | 17 | 0 | 0 | 263 |
| Motion for Discovery Sanctions | 42 | 39 | 108 | 13 | 9 | 0 | 0 | 211 |
| Motion to Compel Arbitration | 88 | 17 | 34 | 23 | 9 | 0 | 0 | 171 |
| Motion for Judgment | 109 | 8 | 27 | 12 | 9 | 1 | 0 | 166 |
| Motion for Costs/Attorneys' Fees | 90 | 20 | 33 | 12 | 5 | 0 | 0 | 160 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Motion type - Time to rule

| Motion type | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Motion to Dismiss | 73 | 29% | 28% | 23% | 21% |
| Motion to Compel Discovery | 9 | 74% | 16% | 6% | 4% |
| Motion for Summary Judgment | 120 | 17% | 22% | 25% | 36% |
| Motion to Strike | 19 | 58% | 18% | 11% | 13% |
| Motion in Limine | 28 | 53% | 26% | 7% | 14% |
| Motion for Default Judgment | 10 | 82% | 13% | 3% | 3% |
| Motion for Protective Order | 7 | 81% | 11% | 4% | 5% |
| Motion for Reconsideration | 11 | 66% | 19% | 8% | 7% |
| Motion to Stay | 7 | 74% | 14% | 7% | 5% |
| Motion to Transfer Venue | 57 | 29% | 38% | 21% | 12% |
| Motion for Temporary Restraining Order | 5 | 92% | 5% | 1% | 2% |
| Motion to Quash | 8 | 76% | 13% | 7% | 4% |
| Motion for Injunction | 27 | 53% | 24% | 11% | 12% |
| Motion to Remand | 40 | 43% | 34% | 16% | 7% |
| Motion for Sanctions | 28 | 52% | 19% | 12% | 17% |
| Motion for Judgment on the Pleadings | 79 | 25% | 28% | 30% | 17% |
| Motion for Discovery Sanctions | 16 | 59% | 21% | 8% | 12% |
| Motion to Compel Arbitration | 58 | 33% | 32% | 15% | 20% |
| Motion for Judgment | 11 | 75% | 12% | 7% | 5% |
| Motion for Costs/Attorneys' Fees | 48 | 41% | 23% | 17% | 19% |

## Case type - Outcome

| Case type | Granted | Granted in Part | Denied | Denied as Moot | Struck | Vacated | Withdrawn | Total |
|---|---|---|---|---|---|---|---|---|
| Other Contract (NOS 190) | 9,470 | 3,798 | 8,194 | 2,791 | 1,236 | 15 | 12 | 25,516 |
| Negotiable Instrument (NOS 190) | 546 | 113 | 343 | 140 | 62 | 0 | 0 | 1,204 |

## Case type - Time to rule

| Case type | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Other Contract (NOS 190) | 33 | 49% | 22% | 14% | 15% |
| Negotiable Instrument (NOS 190) | 35 | 48% | 17% | 17% | 18% |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, N.D. Illinois

## Filing role - Outcome

| Filing role | Granted | Granted in Part | Denied | Denied as Moot | Struck | Vacated | Withdrawn | Total |
|---|---|---|---|---|---|---|---|---|
| Defendant | 3,102 | 1,419 | 3,120 | 1,246 | 526 | 4 | 5 | 9,422 |
| Plaintiff | 3,238 | 1,021 | 2,061 | 758 | 406 | 4 | 2 | 7,490 |
| Counter defendant | 244 | 154 | 294 | 99 | 46 | 0 | 1 | 838 |
| Counter claimant | 176 | 109 | 170 | 41 | 14 | 0 | 0 | 510 |
| Third party defendant | 115 | 60 | 145 | 50 | 23 | 0 | 0 | 393 |
| Third Party Plaintiff | 46 | 21 | 25 | 6 | 2 | 0 | 0 | 100 |
| Cross Defendant | 24 | 11 | 19 | 15 | 5 | 0 | 0 | 74 |
| Other | 31 | 8 | 14 | 7 | 0 | 0 | 0 | 60 |
| Movant | 20 | 5 | 15 | 5 | 3 | 0 | 0 | 48 |
| Respondent | 12 | 6 | 16 | 1 | 1 | 0 | 0 | 36 |
| Third party plaintiff | 16 | 6 | 11 | 1 | 2 | 0 | 0 | 36 |
| Cross Claimant | 15 | 1 | 10 | 4 | 0 | 0 | 1 | 31 |
| Cross defendant | 9 | 2 | 3 | 1 | 0 | 0 | 0 | 15 |
| Cross claimant | 4 | 1 | 4 | 1 | 0 | 0 | 0 | 10 |
| Counter Plaintiff | 0 | 0 | 3 | 0 | 1 | 0 | 0 | 4 |
| Third Party Defendant | 1 | 0 | 2 | 1 | 0 | 0 | 0 | 4 |
| Creditor | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, N.D. Illinois

## Filing role - Time to rule

| Filing role | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Defendant | 52 | 40% | 23% | 18% | 18% |
| Plaintiff | 17 | 60% | 18% | 11% | 12% |
| Counter defendant | 42 | 44% | 25% | 14% | 17% |
| Counter claimant | 28 | 51% | 22% | 12% | 15% |
| Third party defendant | 53 | 39% | 24% | 18% | 19% |
| Third Party Plaintiff | 28 | 51% | 24% | 15% | 10% |
| Cross Defendant | 106 | 27% | 20% | 12% | 41% |
| Other | 8 | 70% | 15% | 10% | 5% |
| Movant | 11 | 63% | 23% | 6% | 8% |
| Respondent | 22 | 58% | 28% | 6% | 8% |
| Third party plaintiff | 28 | 53% | 25% | 8% | 14% |
| Cross Claimant | 35 | 48% | 23% | 19% | 10% |
| Cross defendant | 50 | 33% | 20% | 33% | 13% |
| Cross claimant | 0 | 90% | 0% | 10% | 0% |
| Counter Plaintiff | 91 | 50% | 0% | 50% | 0% |
| Third Party Defendant | 143 | 50% | 0% | 0% | 50% |
| Creditor | 13 | 100% | 0% | 0% | 0% |

## Motion outcome - Outcome

| Motion outcome | Total | Percentage |
|---|---|---|
| Granted | 9,912 | 37% |
| Granted in Part | 3,882 | 15% |
| Denied | 8,470 | 32% |
| Denied as Moot | 2,912 | 11% |
| Struck | 1,287 | 5% |
| Vacated | 15 | <1% |
| Withdrawn | 12 | <1% |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Motion outcome - Time to rule

| Motion outcome | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Granted | 18 | 57% | 18% | 12% | 13% |
| Granted in Part | 56 | 39% | 23% | 18% | 20% |
| Denied | 40 | 46% | 22% | 16% | 16% |
| Denied as Moot | 41 | 43% | 28% | 13% | 17% |
| Struck | 25 | 54% | 22% | 13% | 12% |
| Vacated | 45 | 40% | 33% | 13% | 13% |
| Withdrawn | 10 | 67% | 8% | 25% | 0% |

## Judge

| Judge | Granted | Granted in Part | Denied | Denied as Moot | Struck | Vacated | Withdrawn | Total |
|---|---|---|---|---|---|---|---|---|
| Hon. Rebecca R. Pallmeyer | 424 | 175 | 266 | 65 | 136 | 1 | 1 | 1,068 |
| Hon. Matthew F. Kennelly | 286 | 135 | 370 | 134 | 14 | 2 | 0 | 941 |
| Hon. Harry D. Leinenweber | 370 | 140 | 296 | 69 | 37 | 2 | 0 | 914 |
| Hon. Robert W. Gettleman | 372 | 88 | 258 | 92 | 46 | 0 | 1 | 857 |
| Hon. Charles R. Norgle Sr. | 352 | 81 | 278 | 106 | 33 | 0 | 0 | 850 |
| Hon. James B. Zagel | 326 | 101 | 264 | 102 | 37 | 0 | 1 | 831 |
| Hon. Joan B. Gottschall | 316 | 145 | 267 | 84 | 12 | 0 | 0 | 824 |
| Hon. Charles P. Kocoras | 345 | 104 | 273 | 71 | 19 | 0 | 0 | 812 |
| Hon. Joan Humphrey Lefkow | 316 | 95 | 222 | 92 | 31 | 0 | 0 | 756 |
| Hon. Elaine E. Bucklo | 304 | 69 | 224 | 87 | 32 | 3 | 0 | 719 |
| Hon. Milton I. Shadur | 308 | 42 | 251 | 88 | 8 | 0 | 1 | 698 |
| Hon. Suzanne B. Conlon | 243 | 74 | 256 | 85 | 21 | 0 | 0 | 679 |
| Hon. James F. Holderman | 292 | 69 | 205 | 104 | 8 | 0 | 0 | 678 |
| Hon. Virginia M. Kendall | 241 | 81 | 167 | 72 | 40 | 0 | 0 | 601 |
| Hon. Amy J. St. Eve | 204 | 118 | 168 | 94 | 13 | 0 | 0 | 597 |
| Hon. Ruben Castillo | 236 | 60 | 184 | 84 | 11 | 1 | 0 | 576 |
| Hon. John W. Darrah | 250 | 44 | 208 | 55 | 13 | 1 | 2 | 573 |
| Hon. George Wakem Lindberg | 177 | 105 | 180 | 57 | 11 | 0 | 0 | 530 |
| Hon. Ronald A. Guzmán | 196 | 57 | 160 | 51 | 65 | 0 | 0 | 529 |
| Hon. Blanche M. Manning | 177 | 83 | 166 | 37 | 53 | 0 | 0 | 516 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, N.D. Illinois

## Year

| Year | Granted | Granted in Part | Denied | Denied as Moot | Struck | Vacated | Withdrawn | Total |
|------|---------|-----------------|--------|----------------|--------|---------|-----------|-------|
| 2023 | 223 | 69 | 119 | 57 | 21 | 3 | 0 | 492 |
| 2022 | 238 | 92 | 196 | 85 | 28 | 0 | 0 | 639 |
| 2021 | 235 | 83 | 183 | 79 | 32 | 0 | 4 | 616 |
| 2020 | 242 | 95 | 184 | 83 | 42 | 2 | 0 | 648 |
| 2019 | 305 | 97 | 232 | 93 | 36 | 0 | 0 | 763 |
| 2018 | 296 | 128 | 251 | 93 | 33 | 0 | 0 | 801 |
| 2017 | 332 | 166 | 259 | 114 | 66 | 0 | 0 | 937 |
| 2016 | 316 | 138 | 260 | 117 | 45 | 1 | 0 | 877 |
| 2015 | 326 | 177 | 263 | 135 | 59 | 0 | 4 | 964 |
| 2014 | 320 | 133 | 274 | 123 | 80 | 0 | 3 | 933 |
| 2013 | 320 | 134 | 254 | 119 | 60 | 1 | 1 | 889 |
| 2012 | 361 | 157 | 292 | 99 | 71 | 0 | 0 | 980 |
| 2011 | 400 | 162 | 288 | 129 | 80 | 0 | 0 | 1,059 |
| 2010 | 427 | 191 | 293 | 138 | 66 | 0 | 0 | 1,115 |
| 2009 | 409 | 180 | 346 | 158 | 76 | 0 | 0 | 1,169 |
| 2008 | 419 | 151 | 295 | 139 | 63 | 0 | 0 | 1,067 |
| 2007 | 359 | 140 | 349 | 117 | 59 | 0 | 0 | 1,024 |
| 2006 | 332 | 122 | 341 | 109 | 42 | 0 | 0 | 946 |
| 2005 | 290 | 114 | 344 | 103 | 31 | 1 | 0 | 883 |
| 2004 | 273 | 145 | 294 | 122 | 33 | 1 | 0 | 868 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.