# EXHIBIT G

# Table of contents

## Outcomes

Federal

- Charts .......................................................................................................................... 2
- Tables .......................................................................................................................... 9

## Motions

Federal

- Charts .......................................................................................................................... 16
- Tables .......................................................................................................................... 19

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Outcomes

**Filters:**     **Case type:**   Contracts > Negotiable Instrument (NOS 190);   Contracts > Other Contract (NOS 190)



### Case type - Outcome

Other Contract (NOS 190)

Negotiable Instrument (N...

Number of outcomes

■ Uncontested Dismissal    ■ Settled    ■ Dispositive Motion    ■ Verdict    ■ Docketed Elsewhere    ■ Other

### Case type - Time to outcome

Other Contract (NOS...                                         269 days med.

Negotiable Instrumen...                                       315 days med.

Days elapsed from filing to outcome

### Outcomes - Time to outcome

Uncontested Dismissa...                                       269 days med.

Settled                                                        349 days med.

Dispositive Motion                                            245 days med.

Verdict                                                        670 days med.

Docketed Elsewhere                                            119 days med.

Other                                                          120 days med.

Days elapsed from filing to outcome

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

### Participants - Parties



© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Participants - Attorneys



© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Participants - Firms



Litigation Analytics Report for United States District Court, D. Nebraska

## Judge - Outcome



© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Judge - Time to outcome



| Judge | Median |
|-------|--------|
| Hon. Joseph F. Batai... | 323 days med. |
| Hon. Thomas D. Thalk... | 269 days med. |
| Hon. Cheryl R. Zwart | 297 days med. |
| Hon. Richard G. Kopf | 237 days med. |
| Hon. F. A. Gossett | 300 days med. |
| Hon. Laurie Smith Ca... | 273 days med. |
| Hon. David L. Pieste... | 253 days med. |
| Hon. John M. Gerrard | 277 days med. |
| Hon. Lyle E. Strom | 308 days med. |
| Hon. Susan M. Bazis | 392 days med. |
| Hon. Michael D. Nels... | 238 days med. |
| Hon. Robert F. Rossi... | 279 days med. |
| Hon. Brian C. Buesch... | 416 days med. |
| Hon. Thomas Michael... | 169 days med. |
| Hon. Kathleen Ann Ja... | 324 days med. |
| Hon. Warren Keith Ur... | 234 days med. |
| Hon. William G. Camb... | 461 days med. |
| Hon. William Jay Ril... | 528 days med. |
| Hon. Frances P. Case... | 456 days med. |
| Hon. Karen E. Schrei... | 967 days med. |

Days elapsed from filing to outcome

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

Year



© 2023 Thomson Reuters. No claim to original U.S. Government Works.

# Outcomes

| Filters: | Case type: | Contracts > Negotiable Instrument (NOS 190);  Contracts > Other Contract (NOS 190) |
|---|---|---|

## Case type - Outcome

| Case type | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|---|---|---|---|---|---|---|---|
| Other Contract (NOS 190) | 707 | 308 | 236 | 42 | 104 | 132 | 1,529 |
| Negotiable Instrument (NOS 190) | 17 | 5 | 7 | 1 | 2 | 2 | 34 |

## Case type - Time to outcome

| Case type | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Other Contract (NOS 190) | 269 | 6% | 13% | 19% | 61% |
| Negotiable Instrument (NOS 190) | 315 | 9% | 12% | 18% | 62% |

## Outcomes - Outcome

| Outcomes | Total | Percentage |
|---|---|---|
| Uncontested Dismissal | 720 | 46% |
| Settled | 312 | 20% |
| Dispositive Motion | 242 | 16% |
| Other | 133 | 9% |
| Docketed Elsewhere | 106 | 7% |
| Verdict | 43 | 3% |

## Outcomes - Time to outcome

| Outcomes | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Uncontested Dismissal | 269 | 6% | 14% | 19% | 61% |
| Settled | 349 | 4% | 5% | 13% | 78% |
| Dispositive Motion | 245 | <1% | 12% | 27% | 60% |
| Verdict | 670 | 0% | 0% | 0% | 100% |
| Docketed Elsewhere | 119 | 11% | 31% | 28% | 29% |
| Other | 120 | 24% | 20% | 14% | 42% |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

## Participants - Parties

| Participants | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|---|---|---|---|---|---|---|---|
| UNION PACIFIC RAILROAD | 12 | 7 | 4 | 0 | 5 | 2 | 30 |
| United States of America | 4 | 9 | 11 | 0 | 0 | 2 | 26 |
| ALLY INSURANCE HOLDINGS | 3 | 9 | 1 | 0 | 0 | 0 | 13 |
| HOME INSTEAD INC | 11 | 0 | 1 | 0 | 0 | 1 | 13 |
| UNIVERSAL WARRANTY | 3 | 9 | 1 | 0 | 0 | 0 | 13 |
| US BANK | 7 | 0 | 4 | 1 | 0 | 1 | 13 |
| APPLIED UNDERWRITERS | 7 | 1 | 4 | 0 | 0 | 0 | 12 |
| FIRST NATIONAL BANK OF OMAHA | 3 | 2 | 3 | 0 | 0 | 2 | 10 |
| LIBERTY MUTUAL INSURANCE | 6 | 2 | 0 | 0 | 0 | 1 | 9 |
| NEBRASKA STATE OF | 0 | 0 | 1 | 0 | 7 | 0 | 8 |
| AURORA COOPERATIVE ELEVATOR CO | 5 | 0 | 1 | 0 | 0 | 1 | 7 |
| ENRON CORP/OR/ | 5 | 2 | 0 | 0 | 0 | 0 | 7 |
| INFOGROUP INC | 5 | 1 | 0 | 0 | 0 | 1 | 7 |
| STATE FARM FIRE AND CASUALTY CO | 6 | 1 | 0 | 0 | 0 | 0 | 7 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO | 6 | 0 | 0 | 0 | 1 | 0 | 7 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | 2 | 4 | 1 | 0 | 0 | 0 | 7 |
| AMERITAS LIFE INSURANCE CORP SEPARATE ACCOUNT LLVA | 2 | 2 | 2 | 0 | 0 | 0 | 6 |
| APPLIED RISK SVC INC | 4 | 0 | 2 | 0 | 0 | 0 | 6 |
| APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE CO INC | 4 | 1 | 0 | 0 | 1 | 0 | 6 |
| DOBSON BROTHERS CONSTRUCTION CO | 2 | 3 | 0 | 0 | 1 | 0 | 6 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

## Participants - Attorneys

| Participants | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|---|---|---|---|---|---|---|---|
| Steven D. Davidson | 21 | 14 | 4 | 1 | 5 | 5 | 50 |
| David A. Domina | 17 | 11 | 9 | 2 | 0 | 2 | 41 |
| Bartholomew L. McLeay | 17 | 10 | 2 | 0 | 3 | 3 | 35 |
| Richard P. Jeffries | 16 | 8 | 4 | 0 | 1 | 4 | 33 |
| David S. Houghton | 15 | 4 | 6 | 1 | 4 | 2 | 32 |
| Trenten P. Bausch | 19 | 4 | 2 | 2 | 1 | 1 | 29 |
| Thomas J. Culhane | 9 | 8 | 7 | 1 | 1 | 1 | 27 |
| Terry R. Wittler | 14 | 4 | 3 | 3 | 0 | 2 | 26 |
| Joel D. Heusinger | 15 | 8 | 0 | 0 | 1 | 1 | 25 |
| Gregory C. Scaglione | 12 | 6 | 4 | 1 | 1 | 0 | 24 |
| Michael S. Degan | 10 | 8 | 0 | 0 | 4 | 2 | 24 |
| Nicholas K. Rudman | 9 | 9 | 3 | 1 | 1 | 1 | 24 |
| Timothy J. Thalken | 11 | 6 | 4 | 0 | 2 | 1 | 24 |
| Jennifer D. Tricker | 12 | 4 | 2 | 2 | 2 | 1 | 23 |
| Theresa D. Koller | 14 | 4 | 1 | 1 | 2 | 1 | 23 |
| Thomas H. Dahlk | 7 | 8 | 2 | 1 | 3 | 2 | 23 |
| James D. Sherrets | 6 | 4 | 7 | 0 | 3 | 2 | 22 |
| Jill Robb Ackerman | 14 | 1 | 1 | 2 | 3 | 1 | 22 |
| John P. Passarelli | 12 | 4 | 4 | 0 | 0 | 2 | 22 |
| William M. Lamson Jr. | 7 | 5 | 5 | 0 | 3 | 2 | 22 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Participants - Firms

| Participants | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|---|---|---|---|---|---|---|---|
| Kutak Rock LLP | 77 | 47 | 28 | 2 | 14 | 14 | 182 |
| Baird Holm LLP | 83 | 35 | 20 | 5 | 14 | 13 | 170 |
| McGrath North Mullin & Kratz, PC LLO Attorneys at Law | 74 | 35 | 21 | 4 | 7 | 14 | 155 |
| Cline Williams Wright Johnson & Oldfather, L.L.P. | 73 | 33 | 19 | 6 | 10 | 11 | 152 |
| Fraser Stryker PC LLO | 77 | 28 | 12 | 8 | 11 | 15 | 151 |
| Woods Aitken LLP | 56 | 27 | 11 | 4 | 4 | 2 | 104 |
| Koley Jessen P.C., L.L.O. | 51 | 18 | 10 | 1 | 2 | 3 | 85 |
| Lamson Dugan and Murray, LLP | 28 | 20 | 14 | 3 | 15 | 4 | 84 |
| Husch Blackwell LLP | 36 | 15 | 7 | 3 | 9 | 4 | 74 |
| Erickson | Sederstrom, PC, LLO | 19 | 14 | 9 | 3 | 2 | 3 | 50 |
| Rembolt Ludtke LLP | 25 | 12 | 1 | 1 | 9 | 1 | 49 |
| Domina Law Group pc llo | 21 | 14 | 9 | 2 | 0 | 2 | 48 |
| Gross & Welch P.C., L.L.O. | 20 | 8 | 1 | 4 | 5 | 4 | 42 |
| Cassem, Tierney, Adams, Gotch & Douglas | 16 | 11 | 6 | 1 | 2 | 3 | 39 |
| Stinson LLP | 20 | 4 | 5 | 3 | 3 | 4 | 39 |
| Baylor Evnen, LLP | 17 | 14 | 2 | 1 | 3 | 0 | 37 |
| Engles, Ketcham, Olson & Keith, P.C | 23 | 4 | 6 | 0 | 2 | 1 | 36 |
| Croker, Huck, Kasher, Dewitt, Anderson & Gonderinger, L.L.C. | 16 | 4 | 11 | 0 | 1 | 1 | 33 |
| Lieben, Whitted, Houghton, Slowiaczek & Cavanagh, P.C., L.L.O. | 14 | 4 | 6 | 0 | 4 | 5 | 33 |
| Sherrets Bruno & Vogt, LLC | 7 | 5 | 9 | 0 | 4 | 2 | 27 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

## Judge - Outcome

| Judge | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|---|---|---|---|---|---|---|---|
| Hon. Joseph F. Bataillon | 150 | 68 | 55 | 8 | 32 | 38 | 351 |
| Hon. Thomas D. Thalken | 146 | 68 | 52 | 10 | 35 | 38 | 349 |
| Hon. Cheryl R. Zwart | 160 | 70 | 39 | 7 | 13 | 19 | 308 |
| Hon. Richard G. Kopf | 110 | 85 | 48 | 10 | 27 | 23 | 303 |
| Hon. F. A. Gossett | 119 | 66 | 48 | 14 | 13 | 23 | 283 |
| Hon. Laurie Smith Camp | 110 | 59 | 54 | 10 | 14 | 18 | 265 |
| Hon. David L. Piester | 83 | 55 | 32 | 5 | 16 | 21 | 212 |
| Hon. John M. Gerrard | 97 | 33 | 18 | 4 | 8 | 11 | 171 |
| Hon. Lyle E. Strom | 78 | 13 | 19 | 7 | 5 | 13 | 135 |
| Hon. Susan M. Bazis | 69 | 20 | 24 | 2 | 3 | 4 | 122 |
| Hon. Michael D. Nelson | 70 | 16 | 14 | 2 | 5 | 4 | 111 |
| Hon. Robert F. Rossiter Jr. | 49 | 17 | 14 | 0 | 3 | 5 | 88 |
| Hon. Brian C. Buescher | 41 | 9 | 9 | 1 | 1 | 1 | 62 |
| Hon. Thomas Michael Shanahan | 19 | 10 | 13 | 0 | 7 | 10 | 59 |
| Hon. Kathleen Ann Jaudzemis | 17 | 6 | 15 | 3 | 7 | 8 | 56 |
| Hon. Warren Keith Urbom | 19 | 6 | 5 | 0 | 2 | 3 | 35 |
| Hon. William G. Cambridge | 5 | 1 | 0 | 1 | 2 | 1 | 10 |
| Hon. William Jay Riley | 3 | 2 | 1 | 0 | 0 | 0 | 6 |
| Hon. Frances P. Cases | 1 | 1 | 0 | 0 | 0 | 1 | 3 |
| Hon. Karen E. Schreier | 0 | 0 | 0 | 2 | 0 | 0 | 2 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**Litigation Analytics Report for United States District Court, D. Nebraska**

## Judge - Time to outcome

| Judge | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Hon. Joseph F. Bataillon | 323 | 5% | 13% | 17% | 65% |
| Hon. Thomas D. Thalken | 269 | 5% | 16% | 18% | 61% |
| Hon. Cheryl R. Zwart | 297 | 6% | 8% | 18% | 68% |
| Hon. Richard G. Kopf | 237 | 9% | 12% | 22% | 57% |
| Hon. F. A. Gossett | 300 | 6% | 12% | 18% | 64% |
| Hon. Laurie Smith Camp | 273 | 5% | 14% | 17% | 65% |
| Hon. David L. Piester | 253 | 4% | 12% | 19% | 65% |
| Hon. John M. Gerrard | 277 | 7% | 9% | 16% | 67% |
| Hon. Lyle E. Strom | 308 | 6% | 15% | 17% | 62% |
| Hon. Susan M. Bazis | 392 | 2% | 11% | 19% | 68% |
| Hon. Michael D. Nelson | 238 | 5% | 11% | 23% | 61% |
| Hon. Robert F. Rossiter Jr. | 279 | 1% | 16% | 24% | 59% |
| Hon. Brian C. Buescher | 416 | 3% | 10% | 21% | 66% |
| Hon. Thomas Michael Shanahan | 169 | 8% | 22% | 25% | 44% |
| Hon. Kathleen Ann Jaudzemis | 324 | 0% | 5% | 18% | 77% |
| Hon. Warren Keith Urbom | 234 | 6% | 14% | 23% | 57% |
| Hon. William G. Cambridge | 461 | 0% | 20% | 10% | 70% |
| Hon. William Jay Riley | 528 | 0% | 0% | 0% | 100% |
| Hon. Frances P. Cases | 456 | 0% | 33% | 0% | 67% |
| Hon. Karen E. Schreier | 967 | 0% | 0% | 0% | 100% |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

## Year

| Year | Uncontested Dismissal | Settled | Dispositive Motion | Verdict | Docketed Elsewhere | Other | Total |
|------|----------------------|---------|--------------------|---------|--------------------|-------|-------|
| 2023 | 27 | 7 | 7 | 0 | 3 | 3 | 47 |
| 2022 | 32 | 10 | 8 | 2 | 2 | 4 | 58 |
| 2021 | 40 | 6 | 6 | 0 | 3 | 6 | 61 |
| 2020 | 36 | 7 | 9 | 0 | 2 | 5 | 59 |
| 2019 | 28 | 7 | 8 | 0 | 0 | 1 | 44 |
| 2018 | 24 | 20 | 8 | 1 | 4 | 5 | 62 |
| 2017 | 30 | 13 | 8 | 2 | 0 | 1 | 54 |
| 2016 | 38 | 7 | 14 | 2 | 2 | 4 | 67 |
| 2015 | 37 | 10 | 14 | 1 | 4 | 4 | 70 |
| 2014 | 24 | 11 | 7 | 4 | 4 | 5 | 55 |
| 2013 | 28 | 14 | 8 | 0 | 8 | 2 | 60 |
| 2012 | 32 | 17 | 7 | 1 | 2 | 5 | 64 |
| 2011 | 25 | 17 | 19 | 2 | 1 | 3 | 67 |
| 2010 | 31 | 20 | 6 | 3 | 2 | 1 | 63 |
| 2009 | 35 | 12 | 6 | 1 | 4 | 7 | 65 |
| 2008 | 33 | 16 | 9 | 2 | 8 | 5 | 73 |
| 2007 | 24 | 17 | 13 | 2 | 4 | 4 | 64 |
| 2006 | 42 | 16 | 12 | 4 | 6 | 6 | 86 |
| 2005 | 23 | 18 | 10 | 4 | 9 | 9 | 73 |
| 2004 | 18 | 11 | 10 | 3 | 6 | 7 | 55 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

## Motions

| Filters: | Case type: | Contracts > Negotiable Instrument (NOS 190);  Contracts > Other Contract (NOS 190) |



### Motion type - Outcome

Legend: Granted, Granted in Part, Denied, Denied as Moot, Struck, Withdrawn

### Motion type - Time to rule

| Motion to Dismiss | 69 days med. |
| Motion for Summary J... | 94 days med. |
| Motion in Limine | 42 days med. |
| Motion to Compel Dis... | 53 days med. |
| Motion to Strike | 9 days med. |
| Motion for Protectiv... | 19 days med. |

### Case type - Outcome

Legend: Granted, Granted in Part, Denied, Denied as Moot, Struck, Vacated, Withdrawn

### Case type - Time to rule

| Other Contract (NOS... | 50 days med. |
| Negotiable Instrumen... | 35 days med. |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska



© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska



© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

# Motions

| Filters: | | **Case type:** | Contracts > Negotiable Instrument (NOS 190);   Contracts > Other Contract (NOS 190) |
|---|---|---|---|

## Motion type - Outcome

| Motion type | Granted | Granted in Part | Denied | Denied as Moot | Struck | Vacated | Withdrawn | Total |
|---|---|---|---|---|---|---|---|---|
| Motion to Dismiss | 229 | 98 | 230 | 98 | 8 | 0 | 0 | 663 |
| Motion for Summary Judgment | 154 | 72 | 177 | 25 | 4 | 0 | 0 | 432 |
| Motion in Limine | 57 | 36 | 166 | 55 | 2 | 0 | 0 | 316 |
| Motion to Compel Discovery | 77 | 67 | 75 | 54 | 4 | 0 | 1 | 278 |
| Motion to Strike | 94 | 11 | 44 | 27 | 2 | 0 | 0 | 178 |
| Motion for Protective Order | 55 | 20 | 33 | 12 | 1 | 0 | 0 | 121 |
| Motion to Stay | 71 | 5 | 31 | 14 | 0 | 0 | 0 | 121 |
| Motion for Default Judgment | 40 | 11 | 24 | 4 | 0 | 0 | 0 | 79 |
| Motion to Transfer Venue | 38 | 3 | 24 | 4 | 0 | 0 | 0 | 69 |
| Motion for Reconsideration | 11 | 1 | 45 | 2 | 1 | 0 | 0 | 60 |
| Motion to Remand | 31 | 1 | 23 | 3 | 1 | 0 | 0 | 59 |
| Motion for Injunction | 13 | 5 | 24 | 4 | 0 | 1 | 0 | 47 |
| Motion for Temporary Restraining Order | 10 | 8 | 21 | 3 | 0 | 0 | 0 | 42 |
| Motion to Quash | 12 | 5 | 7 | 12 | 1 | 0 | 0 | 37 |
| Motion for Sanctions | 8 | 2 | 22 | 3 | 0 | 0 | 0 | 35 |
| Motion to Compel Arbitration | 11 | 7 | 9 | 3 | 1 | 0 | 0 | 31 |
| Motion for Costs/Attorneys' Fees | 10 | 6 | 8 | 4 | 0 | 0 | 0 | 28 |
| Motion to Consolidate | 7 | 7 | 7 | 0 | 0 | 0 | 0 | 21 |
| Motion for Judgment on the Pleadings | 4 | 2 | 3 | 4 | 0 | 0 | 0 | 13 |
| Motion for Judgment | 7 | 0 | 4 | 0 | 0 | 0 | 0 | 11 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

## Motion type - Time to rule

| Motion type | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Motion to Dismiss | 69 | 30% | 28% | 27% | 14% |
| Motion for Summary Judgment | 94 | 7% | 40% | 36% | 17% |
| Motion in Limine | 42 | 44% | 35% | 12% | 9% |
| Motion to Compel Discovery | 53 | 31% | 41% | 14% | 14% |
| Motion to Strike | 9 | 68% | 20% | 7% | 6% |
| Motion for Protective Order | 19 | 63% | 26% | 9% | 2% |
| Motion to Stay | 11 | 76% | 16% | 6% | 2% |
| Motion for Default Judgment | 41 | 37% | 46% | 16% | 1% |
| Motion to Transfer Venue | 32 | 48% | 36% | 9% | 7% |
| Motion for Reconsideration | 13 | 68% | 20% | 10% | 2% |
| Motion to Remand | 70 | 20% | 44% | 19% | 17% |
| Motion for Injunction | 21 | 53% | 26% | 11% | 11% |
| Motion for Temporary Restraining Order | 4 | 88% | 12% | 0% | 0% |
| Motion to Quash | 21 | 57% | 32% | 11% | 0% |
| Motion for Sanctions | 44 | 34% | 34% | 26% | 6% |
| Motion to Compel Arbitration | 69 | 16% | 42% | 32% | 10% |
| Motion for Costs/Attorneys' Fees | 47 | 32% | 54% | 11% | 4% |
| Motion to Consolidate | 25 | 52% | 43% | 5% | 0% |
| Motion for Judgment on the Pleadings | 114 | 8% | 38% | 38% | 15% |
| Motion for Judgment | 12 | 73% | 18% | 9% | 0% |

## Case type - Outcome

| Case type | Granted | Granted in Part | Denied | Denied as Moot | Struck | Vacated | Withdrawn | Total |
|---|---|---|---|---|---|---|---|---|
| Other Contract (NOS 190) | 933 | 364 | 979 | 329 | 26 | 1 | 1 | 2,633 |
| Negotiable Instrument (NOS 190) | 24 | 9 | 15 | 6 | 0 | 0 | 0 | 54 |

## Case type - Time to rule

| Case type | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Other Contract (NOS 190) | 50 | 37% | 33% | 19% | 11% |
| Negotiable Instrument (NOS 190) | 35 | 50% | 24% | 19% | 7% |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

## Filing role - Outcome

| Filing role | Granted | Granted in Part | Denied | Denied as Moot | Struck | Withdrawn | Total |
|---|---|---|---|---|---|---|---|
| Defendant | 438 | 201 | 477 | 187 | 12 | 1 | 1,316 |
| Plaintiff | 428 | 126 | 383 | 110 | 11 | 0 | 1,058 |
| Counter defendant | 32 | 13 | 50 | 17 | 2 | 0 | 114 |
| Counter claimant | 21 | 14 | 38 | 23 | 0 | 1 | 97 |
| Third party defendant | 11 | 7 | 22 | 3 | 0 | 0 | 43 |
| Third Party Plaintiff | 9 | 1 | 3 | 6 | 0 | 0 | 19 |
| Cross Defendant | 5 | 1 | 1 | 2 | 0 | 0 | 9 |
| Other | 4 | 2 | 1 | 1 | 0 | 0 | 8 |
| Cross Claimant | 0 | 1 | 2 | 0 | 0 | 0 | 3 |
| Movant | 0 | 0 | 1 | 2 | 0 | 0 | 3 |
| Respondent | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| Third Party Defendant | 0 | 0 | 1 | 0 | 0 | 0 | 1 |

## Filing role - Time to rule

| Filing role | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Defendant | 61 | 32% | 31% | 24% | 14% |
| Plaintiff | 34 | 47% | 33% | 13% | 7% |
| Counter defendant | 56 | 31% | 37% | 20% | 12% |
| Counter claimant | 44 | 42% | 27% | 15% | 15% |
| Third party defendant | 114 | 12% | 26% | 33% | 30% |
| Third Party Plaintiff | 31 | 47% | 26% | 21% | 5% |
| Cross Defendant | 77 | 0% | 67% | 22% | 11% |
| Other | 25 | 50% | 38% | 13% | 0% |
| Cross Claimant | 75 | 33% | 33% | 33% | 0% |
| Movant | 85 | 0% | 67% | 33% | 0% |
| Respondent | 84 | 50% | 0% | 50% | 0% |
| Third Party Defendant | 138 | 0% | 0% | 100% | 0% |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

## Motion outcome - Outcome

| Motion outcome | Total | Percentage |
|---|---|---|
| Granted | 952 | 36% |
| Granted in Part | 372 | 14% |
| Denied | 989 | 37% |
| Denied as Moot | 334 | 12% |
| Struck | 26 | <1% |
| Vacated | 1 | <1% |
| Withdrawn | 1 | <1% |

## Motion outcome - Time to rule

| Motion outcome | Median days | 0-30 days | 31-90 days | 91-180 days | 181 days plus |
|---|---|---|---|---|---|
| Granted | 30 | 50% | 28% | 15% | 6% |
| Granted in Part | 75 | 22% | 37% | 28% | 13% |
| Denied | 59 | 32% | 35% | 21% | 12% |
| Denied as Moot | 59 | 28% | 34% | 18% | 19% |
| Struck | 1 | 92% | 8% | 0% | 0% |
| Vacated | 249 | 0% | 0% | 0% | 100% |
| Withdrawn | 9 | 100% | 0% | 0% | 0% |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

## Judge

| Judge | Granted | Granted in Part | Denied | Denied as Moot | Struck | Vacated | Withdrawn | Total |
|-------|---------|-----------------|--------|----------------|--------|---------|-----------|-------|
| Hon. Joseph F. Bataillon | 134 | 39 | 196 | 47 | 9 | 1 | 0 | 426 |
| Hon. Laurie Smith Camp | 137 | 62 | 136 | 43 | 4 | 0 | 0 | 382 |
| Hon. Richard G. Kopf | 106 | 39 | 179 | 46 | 2 | 0 | 0 | 372 |
| Hon. Lyle E. Strom | 99 | 30 | 103 | 31 | 2 | 0 | 0 | 265 |
| Hon. Thomas D. Thalken | 104 | 32 | 79 | 27 | 7 | 0 | 0 | 249 |
| Hon. F. A. Gossett | 100 | 33 | 49 | 13 | 4 | 0 | 0 | 199 |
| Hon. John M. Gerrard | 45 | 36 | 71 | 43 | 1 | 0 | 0 | 196 |
| Hon. Cheryl R. Zwart | 78 | 30 | 39 | 32 | 2 | 0 | 1 | 182 |
| Hon. David L. Piester | 57 | 27 | 43 | 7 | 4 | 0 | 0 | 138 |
| Hon. Robert F. Rossiter Jr. | 16 | 9 | 19 | 12 | 2 | 0 | 0 | 58 |
| Hon. Brian C. Buescher | 18 | 13 | 11 | 15 | 0 | 0 | 0 | 57 |
| Hon. Susan M. Bazis | 18 | 3 | 13 | 8 | 4 | 0 | 0 | 46 |
| Hon. Thomas Michael Shanahan | 14 | 4 | 21 | 6 | 0 | 0 | 0 | 45 |
| Hon. Kathleen Ann Jaudzemis | 18 | 6 | 11 | 3 | 1 | 0 | 0 | 39 |
| Hon. Warren Keith Urbom | 16 | 4 | 10 | 3 | 0 | 0 | 0 | 33 |
| Hon. William G. Cambridge | 8 | 5 | 17 | 1 | 0 | 0 | 0 | 31 |
| Hon. Michael D. Nelson | 19 | 0 | 7 | 2 | 1 | 0 | 0 | 29 |
| Hon. Karen E. Schreier | 0 | 2 | 7 | 1 | 0 | 0 | 0 | 10 |
| Hon. Michael J. Melloy | 3 | 1 | 0 | 1 | 0 | 0 | 0 | 5 |
| Hon. John Robert Blakey | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 3 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

Litigation Analytics Report for United States District Court, D. Nebraska

## Year

| Year | Granted | Granted in Part | Denied | Denied as Moot | Struck | Vacated | Withdrawn | Total |
|------|---------|-----------------|--------|----------------|--------|---------|-----------|-------|
| 2023 | 15 | 5 | 16 | 8 | 0 | 0 | 0 | 44 |
| 2022 | 24 | 10 | 17 | 8 | 0 | 0 | 0 | 59 |
| 2021 | 22 | 16 | 22 | 13 | 0 | 1 | 0 | 74 |
| 2020 | 23 | 6 | 19 | 11 | 0 | 0 | 0 | 59 |
| 2019 | 36 | 12 | 17 | 17 | 1 | 0 | 0 | 83 |
| 2018 | 44 | 12 | 59 | 35 | 4 | 0 | 0 | 154 |
| 2017 | 37 | 9 | 44 | 38 | 2 | 0 | 0 | 130 |
| 2016 | 48 | 16 | 68 | 17 | 1 | 0 | 0 | 150 |
| 2015 | 34 | 22 | 39 | 14 | 0 | 0 | 1 | 110 |
| 2014 | 38 | 23 | 57 | 14 | 0 | 0 | 0 | 132 |
| 2013 | 37 | 23 | 37 | 11 | 1 | 0 | 0 | 109 |
| 2012 | 32 | 24 | 42 | 8 | 1 | 0 | 0 | 107 |
| 2011 | 48 | 9 | 44 | 11 | 3 | 0 | 0 | 115 |
| 2010 | 45 | 9 | 49 | 12 | 0 | 0 | 0 | 115 |
| 2009 | 39 | 22 | 36 | 8 | 0 | 0 | 0 | 105 |
| 2008 | 43 | 9 | 48 | 11 | 3 | 0 | 0 | 114 |
| 2007 | 45 | 13 | 51 | 13 | 2 | 0 | 0 | 124 |
| 2006 | 59 | 27 | 57 | 11 | 3 | 0 | 0 | 157 |
| 2005 | 38 | 18 | 54 | 25 | 1 | 0 | 0 | 136 |
| 2004 | 61 | 16 | 43 | 10 | 1 | 0 | 0 | 131 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.