# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SAVISTA, LLC, | ) | CASE NO.: 1:23-CV-06445 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ENTRY OF** |
| | ) | **APPEARANCE** |
| GS LABS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW, Paul M. Shotkoski, of Fraser Stryker PC LLO, and hereby enters his appearance as an attorney of record on behalf of Defendant GS Labs, LLC.

DATED this 12th day of October, 2023.

                                                GS LABS, LLC,
                                                Defendant

BY:   */s/ Paul M. Shotkoski*
        Paul M. Shotkoski, #6230268
        FRASER STRYKER PC LLO
        500 Energy Plaza
        409 S. 17th Street
        Omaha, NE 68102
        Telephone: 402-341-6000
        Facsimile: 402-341-8290
        pshotkoski@fraserstryker.com