# EXHIBIT I

**Filters:** **Court:** Federal > District Ct. > N.D. Illinois | **Case type:** Contracts > Negotiable Instrument (NOS 190); Contracts > Other Contract (NOS 190)

## Docket analytics

### Case type

| Case type | Total |
|---|---|
| Other Contract (NOS 190) | 3 |

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Dockets (3)

1. Savista, LLC v. GS Labs, LLC

   United States District Court, N.D. Illinois | August 29, 2023 | 1:23-CV-06445
   Contracts > Other Contract (NOS 190)

   **Allegations :** Defendant breached a contract by failing to pay Plaintiff for the billing and accounts receivable services provided.

2. 360network s Tennessee, LLC v. Illinois Central Railroad Company

   United States District Court, N.D. Illinois | May 27, 2005 | 1:05-CV-03198
   Contracts > Other Contract (NOS 190)

3. 360networks Mississippi LLC v. Illinois Central Railroad Company

   United States District Court, N.D. Illinois | May 27, 2005 | 1:05-CV-03200
   Contracts > Other Contract (NOS 190)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.