IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SAVISTA, LLC, | CIVIL CASE NO.: 1:23-CV-06445 |
| Plaintiff, | Honorable Sara L. Ellis |
| v. | **SUPPLEMENTAL INDEX OF EVIDENCE IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE** |
| GS LABS, LLC, | |
| Defendant. | |

COMES NOW, Defendant GS Labs, LLC ("Defendant"), by and through its undersigned counsel, and hereby submits the following Supplemental Index of Evidence in Support of Defendant's Motion to Dismiss or in the Alternative Motion to Transfer Venue:

**EXHIBIT 1:** 2nd Declaration of Jessica Thompson in Support of Motion to Dismiss for Lack of Personal Jurisdiction.

DATED this 22nd day of December, 2023.

GS LABS, LLC,
Defendant

*/s/ Paul M. Shotkoski*
Paul M. Shotkoski, #6230268
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102
(402) 341-6000
pshotkoski@fraserstryker.com

and

*/s/ Ebadullah Khan*
Ebadullah Khan, *Pro Hac Vice*
City Ventures, LLC
222 So. 15th Street, Suite #1404S
Omaha, Nebraska 68102

1

(832) 202-6028
ekhan@city-ventures.com

8:24-cv-00110-BCB-MDN Doc # 23 Filed: 12/22/23 Page 2 of 2 - Page ID # 167