# EXHIBIT B

**From:** Martos, Martin R.
**Sent:** Wednesday, January 17, 2024 4:04:02 PM
**To:** Ebad Khan <ekhan@city-ventures.com>
**Cc:** Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>; Winslow, Gabrielle <GWinslow@foxrothschild.com>
**Subject:** RE: Savista's First Requests for Production of Documents and Interrogatories

Ebad—

It has been two weeks since our exchange below. We have received neither a settlement offer nor discovery responses from GS Labs. The unfortunate conclusion seems to be both that your request for an extension and your purported interest in a negotiated resolution were made in bad faith.

Your discovery responses were due January 2, 2024. Savista has never agreed to an extension of that deadline. Yet you failed to serve discovery responses on January 2nd. Nonetheless, on January 3rd, you wrote to ask (again) for an extension to January 15, 2024. Your discovery responses were already late and your objections to same waived at that time. To move this case toward a negotiated resolution, however, Savista agreed to consider an extension of the lapsed discovery deadline—provided you helped move the case toward a negotiated resolution by making an opening a settlement offer. No settlement offer was received. And no extension of the discovery deadline was granted. Even if Savista has agreed to an extension of the discovery deadline through January 15th (and Savista did not), the extended deadline you requested passed two days ago. Still, GS Labs has not served any discovery responses.

Will you kindly point me to your settlement offer and/or responses, if we've somehow missed them. Regardless, Savista demands that you serve your discovery responses by January 22, 2024 at noon CT. Savista reserves all rights related to your disregard of the January 2nd discovery deadline and related conduct.

Sincerely,
Martin



**Martin R Martos**
Partner

321 N. Clark Street
Suite 1600
Chicago, IL 60654

📞 (312) 517-9291
📱 (480) 220-6923
📠 (312) 517-9201
✉ mmartos@foxrothschild.com

**Learn about our new brand.**

---

**From:** Martos, Martin R. <MMartos@foxrothschild.com>
**Sent:** January 3, 2024 3:55 PM
**To:** Ebad Khan <ekhan@city-ventures.com>; Winslow, Gabrielle <GWinslow@foxrothschild.com>; Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>
**Subject:** Re: Savista's First Requests for Production of Documents and Interrogatories - Rule 408 Settlement Discussions

Ebad,

If you can convey an offer today, that would be the best way to keep things moving. Then, we'll have something to talk about with Savista besides the extension request again.

If helpful, the outstanding amount, including contract interest and prejudgment interest is about $1.085M. Savista understands that a compromise resolution will involve accepting an amount below that number.

I am traveling with my family for the holidays. But if we can make real progress—with a resolution this week—I'm happy to set side of time for us to do that.

Best,
Martin


**Martin R. Martos II**

**Fox Rothschild LLP**
321 N. Clark St. | Suite 1600 | Chicago, IL 60654
**T** 312.517.9291 | **M** 480.220.6923
**F** 312.517.9201

MMartos@foxrothschild.com

www.foxrothschild.com/martin-r-martos-ii

---

**From:** Ebad Khan <ekhan@city-ventures.com>
**Sent:** Wednesday, January 3, 2024 8:50:59 AM
**To:** Martos, Martin R. <MMartos@foxrothschild.com>; Winslow, Gabrielle <GWinslow@foxrothschild.com>; Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>
**Subject:** [EXT] RE: Savista's First Requests for Production of Documents and Interrogatories

Thanks, Martin. If we can be provided with that extension for procedural reasons for now then that would be great. I will have a discussion internally about an expedited resolution, I'm sure were open to it as well. Please provide you availability for the discussion. I received a note that you are out of pocket until the 8th but let me know what works best.



**Ebad Khan, J.D., LL.M.**
Corporate Litigation Counsel

City+Ventures

**e:** ekhan@city-ventures.com
**c:** (832) 202.6028
www.City-Ventures.com

This e-mail is being sent from a corporate legal department and may contain information that is confidential, privileged, and/or otherwise exempt from disclosure. If you are not the intended recipient, advise the sender immediately and delete this e-mail, along with any attachments, from your computer, network server, and/or hard drive. Do not print, copy, retain a copy, or distribute this e-mail or any attachments. Unintended transmission shall not constitute a waiver of the attorney-client privilege, and use of any such unintended transmission is prohibited.

---

**From:** Martos, Martin R. <MMartos@foxrothschild.com>
**Sent:** Wednesday, January 3, 2024 10:33 AM
**To:** Ebad Khan <ekhan@city-ventures.com>; Winslow, Gabrielle <GWinslow@foxrothschild.com>; Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>
**Subject:** Re: Savista's First Requests for Production of Documents and Interrogatories


Ebad,

We will pass your request along to our client. But we expect Savista would prefer to see an expedited end to this litigation rather than simply extend a discovery deadline. If there is room for serious discussions this week on that front, please let us know because I expect that will influence their decision.

Thanks and best,
Martin


**Martin R. Martos II**

**Fox Rothschild LLP**
321 N. Clark St. | Suite 1600 | Chicago, IL 60654
**T** 312.517.9291 | **M** 480.220.6923
**F** 312.517.9201

MMartos@foxrothschild.com

www.foxrothschild.com/martin-r-martos-ii

---

**From:** Ebad Khan <ekhan@city-ventures.com>
**Sent:** Wednesday, January 3, 2024 8:18 AM
**To:** Winslow, Gabrielle <GWinslow@foxrothschild.com>; Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>

**Cc:** Martos, Martin R. <MMartos@foxrothschild.com>
**Subject:** [EXT] RE: Savista's First Requests for Production of Documents and Interrogatories

Following up on this request. Please confirm at your earliest convenience. Thank you.



### Ebad Khan, J.D., LL.M.
Corporate Litigation Counsel

City+Ventures

**e:** ekhan@city-ventures.com
**c:** (832) 202.6028
www.City-Ventures.com

This e-mail is being sent from a corporate legal department and may contain information that is confidential, privileged, and/or otherwise exempt from disclosure. If you are not the intended recipient, advise the sender immediately and delete this e-mail, along with any attachments, from your computer, network server, and/or hard drive. Do not print, copy, retain a copy, or distribute this e-mail or any attachments. Unintended transmission shall not constitute a waiver of the attorney-client privilege, and use of any such unintended transmission is prohibited.

---

**From:** Ebad Khan <ekhan@city-ventures.com>
**Sent:** Friday, December 22, 2023 10:46 AM
**To:** Winslow, Gabrielle <GWinslow@foxrothschild.com>; Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>
**Cc:** Martos, Martin R. <MMartos@foxrothschild.com>
**Subject:** RE: Savista's First Requests for Production of Documents and Interrogatories

Hi Gabrielle and Martin,

I hope you both are well. With the holidays I'd like to request an extension to January 15 to produce the requested discovery. Please do let me know if you and your client agree to the extension.

Thanks, and happy holidays.



### Ebad Khan, J.D., LL.M.
Corporate Litigation Counsel

City+Ventures

**e:** ekhan@city-ventures.com
**c:** (832) 202.6028
www.City-Ventures.com

This e-mail is being sent from a corporate legal department and may contain information that is confidential, privileged, and/or otherwise exempt from disclosure. If you are not the intended recipient, advise the sender immediately and delete this e-mail, along with any attachments, from your computer, network server, and/or hard drive. Do not print, copy, retain a copy, or distribute this e-mail or any attachments. Unintended transmission shall not constitute a waiver of the attorney-client privilege, and use of any such unintended transmission is prohibited.

---

**From:** Winslow, Gabrielle <GWinslow@foxrothschild.com>
**Sent:** Friday, December 1, 2023 4:25 PM
**To:** Ebad Khan <ekhan@city-ventures.com>; Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>
**Cc:** Martos, Martin R. <MMartos@foxrothschild.com>
**Subject:** Savista's First Requests for Production of Documents and Interrogatories

Hello,

Please see attached Savista's First Requests for Production of Documents and Interrogatories.

Best,
Gabi



**Gabrielle Winslow**
Associate
321 N. Clark Street
Suite 1600
Chicago, IL 60654
📞 (312) 517-9302
📠 (312) 517-9201
✉ gwinslow@foxrothschild.com

**Learn about our new brand.**

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.