# EXHIBIT E

**From:** Martos, Martin R.
**Sent:** February 16, 2024 4:03 PM
**To:** Bral, Derek <dbral@FraserStryker.com>
**Cc:** Adam, Jordan <JADAM@FraserStryker.com>; Ebad Khan <ekhan@city-ventures.com>; Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>; Evan White <EWhite@city-ventures.com>; Winslow, Gabrielle <GWinslow@foxrothschild.com>
**Subject:** RE: Savista, LLC v. GS Labs, LLC (1:23:CV-06445)

Derek – We will raise with Savista. Are we to interpret your email below as a refusal of our written requests that GS Labs (a) supplement its deficient interrogatories; and (b) respond to timely served document requests? Or, are you proposing a stay to begin after GS Labs responds to Savista's timely served discovery to date—the response deadline for which passed some 6 weeks ago?

Thanks,
Martin



**Martin R Martos**
Partner
321 N. Clark Street
Suite 1600

Chicago, IL 60654
☐ (312) 517-9291
📱 (480) 220-6923
☐ (312) 517-9201
✉ mmartos@foxrothschild.com

Learn about our new brand.

---

**From:** Bral, Derek <dbral@FraserStryker.com>
**Sent:** February 16, 2024 9:52 AM
**To:** Martos, Martin R. <MMartos@foxrothschild.com>
**Cc:** Adam, Jordan <JADAM@FraserStryker.com>; Ebad Khan <ekhan@city-ventures.com>; Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>; Evan White <EWhite@city-ventures.com>; Winslow, Gabrielle <GWinslow@foxrothschild.com>
**Subject:** [EXT] RE: Savista, LLC v. GS Labs, LLC (1:23:CV-06445)

Mr. Martos,

Since Judge Ellis has not yet ruled on our motion to dismiss and we are disputing jurisdiction, we propose a stay of discovery pending the Court's ruling. We will be filing a Motion to Stay Discovery with the Court within the next couple of days. Can you please advise whether you intend to oppose that motion?

Thanks,

**Derek T. Bral**
Attorney

**DIRECT:** 402.978.5278

**EMAIL:** dbral@fraserstryker.com    Visit my bio

Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Martos, Martin R. <MMartos@foxrothschild.com>
**Sent:** Tuesday, February 13, 2024 7:37 PM
**To:** Bral, Derek <dbral@FraserStryker.com>
**Cc:** Adam, Jordan <JADAM@FraserStryker.com>; Ebad Khan <ekhan@city-ventures.com>; Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>; Evan White <EWhite@city-ventures.com>; Winslow, Gabrielle <GWinslow@foxrothschild.com>
**Subject:** [EXTERNAL] RE: Savista, LLC v. GS Labs, LLC (1:23:CV-06445)

Derek -- GS Labs has failed to make a good faith settlement offer. The offer in your 1/22/24 letter is below the amount GS Labs has admitted it owes in writing elsewhere. Nor does your offer account for contractual interest or the contractual floor that would seem to apply even under what appears to be your preferred reading of the agreement. As noted in my email below, GS Labs has also failed to meet even its basic discovery obligations. We do not see how a mediation based on your current posture could be productive as a result.

In short, your belated lowball offer and the flat disregard of discovery obligations by GS Labs (see below) is further evidence of bad faith. If GS Labs would like to have productive discussions toward resolving this matter through a negotiated resolution, please make a good faith offer that at least acknowledges what GS Labs owes even under its preferred (but nonetheless incorrect) reading of the agreement.

Best,
Martin

**Martin R Martos**
Partner
321 N. Clark Street
Suite 1600
Chicago, IL 60654
(312) 517-9291
(480) 220-6923
(312) 517-9201
mmartos@foxrothschild.com

**Learn about our new brand.**

---

**From:** Martos, Martin R.
**Sent:** February 13, 2024 7:33 PM
**To:** Bral, Derek <dbral@FraserStryker.com>
**Cc:** Adam, Jordan <JADAM@FraserStryker.com>; Ebad Khan <ekhan@city-ventures.com>; Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>; Evan White <EWhite@city-ventures.com>; Winslow, Gabrielle <GWinslow@foxrothschild.com>
**Subject:** RE: Savista, LLC v. GS Labs, LLC (1:23:CV-06445)

Derek,

We write regarding numerous deficiencies in GS Labs' discovery responses. Some of the deficiencies are particularly troubling. For example, your interrogatory responses were neither signed by counsel

for GS Labs nor verified by GS Labs as required by Rule 33. Your responses also omit key information known to GS Labs, such as the identification of persons who engaged with Savista directly prior to any litigation. And GS Labs failed to respond to Savista's document requests altogether. Please see the attached letter for more details.

Sincerely,
Martin

**Martin R Martos**
Partner
321 N. Clark Street
Suite 1600
Chicago, IL 60654
(312) 517-9291
(480) 220-6923
(312) 517-9201
mmartos@foxrothschild.com

**Learn about our new brand.**

---

**From:** Bral, Derek <dbral@FraserStryker.com>
**Sent:** January 22, 2024 1:44 PM
**To:** Martos, Martin R. <MMartos@foxrothschild.com>; Winslow, Gabrielle <GWinslow@foxrothschild.com>
**Cc:** Adam, Jordan <JADAM@FraserStryker.com>; Ebad Khan <ekhan@city-ventures.com>; Shotkoski, Paul <PSHOTKOSKI@FraserStryker.com>; Evan White <EWhite@city-ventures.com>
**Subject:** [EXT] Savista, LLC v. GS Labs, LLC (1:23:CV-06445)

Mr. Martos and Ms. Winslow,

Please see the attached Answers to Interrogatories and correspondence regarding the above-referenced litigation.

Kind regards,

**Derek T. Bral**
Attorney
**DIRECT:** 402.978.5278
**EMAIL:** dbral@fraserstryker.com    Visit my bio

Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.