# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SAVISTA, LLC,** | |
| **Plaintiff,** | **8:24CV110** |
| vs. | **ORDER TO SHOW CAUSE** |
| **GS LABS LLC,** | |
| **Defendant.** | |

The records of the Court show that on March 26, 2024, a letter (Filing No 38) was sent to the following attorney from the Office of the Clerk directing that he/she obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**Ebabdullah Khan**
**City Ventures, LLC**
**222 S. 15th Street, #1404S**
**Omaha, NE 68102**

**IT IS ORDERED** that on or before May 13, 2024, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Ebabdullah Kahn being removed as counsel of record.

Dated this 29th day of April, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge