# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SAVISTA, LLC,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**GS LABS, LLC,**<br><br>　　　　　　**Defendant** | **8:24CV110**<br><br><br>**ORDER** |

The court has reviewed the Rule 26(f) Report at Filing No. 72, and counsel for the parties have advised the court that mediation has been scheduled for August 7, 2024, with Michael Mullin. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.
2. On or before **August 14, 2024**, the parties shall notify the Court regarding the outcome of mediation.
3. If mediation is unsuccessful, the parties shall file an amended Rule 26(f) Report within 14-days after mediation takes place.

Dated this 23rd day of May, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge